# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-7442 PSG (MRW) | Date | November 25, 2019 |
| Title | Trotter v. Harrison | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner: Attorneys Present for Respondent:
None present | None present

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. The Court previously issued an order regarding its screening of this habeas corpus action. (Docket # 4.) The order noted the apparent lack of a legitimate federal constitutional claim amenable to federal habeas review. The Court ordered Petitioner to submit a supplemental statement explaining the basis of his claim(s).

2. Petitioner's statement was originally due in early October 2019. The Court extended that deadline to October 28 after Petitioner informed the Court in mid-September of a prison transfer. (Docket # 6.) To date, however, the Court has not received any additional information from Petitioner. As a result, the Court has real doubt about Petitioner's ability, willingness, or interest in continuing with this action.

3. As an accommodation to an incarcerated litigant and in the interests of justice, the Court will give Petitioner one final opportunity to respond to its screening order. Petitioner is ordered to file his response to the screening order and an explanation of his delay in complying with the Court's order. That submission will be due by December 20.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).**