# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD TROTTER,<br><br>        Petitioner,<br><br>        v.<br><br>CHARLES MICHAEL HARRISON, Warden,<br><br>        Respondent. | Case No. CV 19-7442 PSG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 11/24/2020

HON. PHILIP S. GUTIERREZ
CHIEF U.S. DISTRICT JUDGE